THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, On Behalf of Himself and all others similarly situated; KAREN JOYCE, On Behalf of Herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE CO., a foreign automobile insurance company,<br><br>Defendant. | Case No. 2:18-cv-01254<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S ANSWER DEADLINE<br><br>NOTING DATE: SEPTEMBER 14, 2018 WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Defendant's Answer Deadline. Having considered the motion and being fully advised on the matter and for good cause shown:

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendant's deadline to file an answer is extended to September 24, 2018.

SIGNED THIS 17th day of September, 2018.

_____
U.S. DISTRICT COURT JUDGE

[~~PROPOSED~~] ORDER GRANTING
STIPULATED MOTION TO EXTEND
ANSWER DEADLINE - 1 -
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

PRESENTED BY:

<u>s/ Paul G. Karlsgodt</u>
Paul G. Karlsgodt, WSBA No. 40311
Casie D. Collignon (*Pro Hac Vice*)
Justin T. Winquist (*Pro Hac Vice*)
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E-mail: pkarlsgodt@bakerlaw.com
         ccollignon@bakerlaw.com
         jwinquist@bakerlaw.com

<u>s/ James R. Morrison</u>
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Tel: (206) 332-1380
Fax: (206) 624-7317
E-mail: jmorrison@bakerlaw.com

***Attorneys for Defendant***

<u>s/ Duncan C. Turner</u>
<u>s/ Daniel A. Rogers</u>
Duncan C. Turner, WSBA No. 20597
Daniel A. Rogers, WSBA No. 46372
Badgley Mullins Turner PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel: (206) 621-6566
dturner@badgleymullins.com

<u>s/ Randall C. Johnson</u>
Randall C. Johnson, WSBA No. 24556
Law Offices of Randall C. Johnson PLLC
P.O. Box 15881
Seattle, WA 98115
Tel: (206) 890-0616
Rcjj.law@gmail.com

---

[~~PROPOSED~~] ORDER GRANTING
STIPULATED MOTION TO EXTEND
ANSWER DEADLINE - 2 -
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

*s/ Daniel R. Whitmore*
Daniel R. Whitmore, WSBA No. 24012
Law Offices of Daniel R. Whitmore, PS
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com

*Attorneys for Plaintiffs Joel Stedman and Karen Joyce*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO EXTEND
ANSWER DEADLINE - 3 -
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380