The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, et al.,<br><br>              Plaintiffs,<br>   v.<br><br>PROGRESSIVE DIRECT INSURANCE CO., a foreign automobile insurance company,<br>              Defendants. | No. 2:18-cv-1254 RSL<br><br>**ORDER EXTENDING TIME TO FILE MOTION FOR CLASS CERTIFICATION AND AMEND CASE SCHEDULE** |

WHERAS, the parties having filed a Stipulated Motion to Extend Time to File Motion for Class Certification and Amend Case Schedule, and good cause appearing:

IT IS HEREBY ORDERED that the deadline to file the Motion for Class Certification, currently scheduled for February 7, 2019, is hereby continued to March 21, 2019. An amended case management order that accommodates the new class certification motion deadline will be issued.

Dated this 31st day of January, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

**ORDER EXTENDING TIME TO FILE MOTION
FOR CLASS CERTIFICATION AND AMEND CASE
SCHEDULE - 1**