# THE SUPREME COURT
## STATE OF WASHINGTON

SUSAN L. CARLSON
SUPREME COURT CLERK

ERIN L. LENNON
DEPUTY CLERK/
CHIEF STAFF ATTORNEY



TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov



March 11, 2019

**LETTER SENT BY E-MAIL**

MAR 13 2019

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Casie Collignon
Justin Winquist
Paul G. Karlsgodt
Baker Hostetler LLP
1800 California Street, Suite 4400
Denver, CO 80202

James Raymond Morrison
Baker Hostetler
999 3rd Avenue, Suite 3600
Seattle, WA 98104-4040

Jay Williams
David C. Scott
Schiff Hardin LLP
233 South Wacker Driver, Suite 7100
Chicago, IL 60606

Michael A. Moore
John Taylor Bender
Corr Cronin LLP
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051

Duncan Calvert Turner
Daniel Andrew Rogers
Badgley Mullins Turner, PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155-8208

Randall C. Johnson, JR
Law Office of Randall C. Johnson
P.O. Box 15881
Seattle, WA 98115-0881

Daniel R. Whitmore
Law Offices of Daniel R Whitmore, PS
2626 15th Avenue W, Suite 200
Seattle, WA 98119-2195

Brendan Wesley Donckers
David Elliot Breskin
Breskin Johnson & Townsend, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104

Young-Ji Ham
Washington Injury Lawyers, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154-1003

William M. McCool, Clerk
**(sent by U.S. mail only)**
U.S. District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101

Re:   Supreme Court No. 96931-1 - Krista Peoples, et al v. United Services Automobile Association, et al
United States District Court, Western District of Washington, No. C18-1173RSL
(consolidated with No. C18-1254RSL)

Clerk and Counsel:

On March 4, 2019, the Court received the "ORDER CONSOLIDATING CASES AND CERTIFYNG QUESTION TO THE WASHINGTON SUPREME COURT" entered by the

United States District Court on March 4, 2019. The certified record was also received on March 4, 2019. The case has been assigned the above referenced Supreme Court cause number.

Pursuant to RCW 2.60.030 and RAP 16.16(e), briefs are due in accordance with the following schedule:

1. The Defendants' opening briefs should be served and filed by April 3, 2019.

2. The Plaintiffs' answering briefs should be served and filed within 20 days after service of the Defendants' opening briefs.

3. The Defendants' reply briefs should be served and filed within 10 days after service of the Plaintiffs' answering briefs.

Briefs should be in the form provided by RAP 10.3 and RAP 10.4, and should be served and filed in accordance with RAP 10.2(h). Documents should be filed in the Supreme Court through the Washington State Appellate Court Portal. Counsel are directed to the following website for information on registration to use the portal: https://ac.courts.wa.gov/

**Counsel are advised that future correspondence from this Court regarding this matter will most likely only be sent by an e-mail attachment, not by regular mail. This office uses the e-mail address that appears on the Washington State Bar Association lawyer directory. Counsel are responsible for maintaining a current business-related e-mail address in that directory. Any out-of-state counsel should advise this Court of their e-mail address and keep this office informed of any changes.**

Sincerely,

Susan L. Carlson
Supreme Court Clerk

SLC:clm

cc: Michael Johnston, Court Commissioner

WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929

TACOMA WA 985
11 MAR '19
PM 4 L

Hasler
03/11/2019
US POSTAGE $00.50⁰



FIRST-CLASS MAIL

ZIP 98504
011D11645992

William M. McCool, Clerk
U.S. District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED

MAR 13 2019

BY _____ DEPUTY

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON

MAIL

98101-444285

