

Electronic Filing - Document Upload for Case 969311 - Confirmed
DoNotRespond
to:
Sharita_Tolliver
03/21/2019 01:14 PM
Hide Details
From: DoNotRespond@courts.wa.gov
To: Sharita_Tolliver@wawd.uscourts.gov

1 Attachment



20190321131251SC854910-trans_ltr.pdf

**Case Number:**  96931-1
**Case Title:**  Krista Peoples, et al v. United Services Automobile Association, et al
**From:**  Sharita Tolliver
**Organization:**  Clerk of Court

The file(s) listed below were successfully sent to the Supreme Court along with a transmittal letter.

Attached is a copy of the Transmittal Letter for your records.

The following is a list of file(s) that were uploaded:

- C18-1254 Dkt. 27.pdf

**The uploaded file(s) were renamed, and can be viewed online by clicking on the link(s) below. Note: document(s) will be available online for 6 months.**

- 969311_Federal_Court_Record_20190321131251SC854910_3275.pdf

The file(s) and transmittal letter were also sent to:
admin@bjtlegal.com
bdonckers@bjtlegal.com
ccollignon@bakerlaw.com
dan@whitmorelawfirm.com
dbreskin@bjtlegal.com
drogers@badgleymullins.com
dscott@schiffhardin.com
dturner@badgleymullins.com
info@badgleymullins.com
jbender@corrcronin.com
jmorrison@bakerlaw.com
jwilliams@schiffhardin.com
jwinquist@bakerlaw.com
linda.morlin@lewisbrisbois.com
mbdahl@corrcronin.com
mmoore@corrcronin.com
pkarlsgodt@bakerlaw.com
rcjj.law@gmail.com
sdamon@corrcronin.com
youngji@washinjurylaw.com

If you have any questions, please contact Customer Suppport via the eService Center and reference Filing Id
20190321131251SC854910.