UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, on behalf of himself and all others similarly situated; KAREN JOYCE, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br><br>    Defendant. | Case No. 2:18-cv-1254<br><br>**ORDER GRANTING DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO FILE UNDER SEAL** |

THIS MATTER came before the Court on Defendant Progressive Direct Insurance Company's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to File Under Seal. Dkt. # 52. The motions is GRANTED. Defendant's response is due on November 16, 2020. The Clerk of Court is directed to renote the motion to seal (Dkt. # 49) on the Court's calendar for Friday, November 20, 2020.

Dated this 5th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge