# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:18-cv-1254RSL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND RESPONSE AND REPLY BRIEFING DEADLINES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

THIS MATTER comes before the Court on the parties' Joint Motion to Extend Response and Reply Briefing Deadlines on Plaintiffs' Motion for Class Certification (Dkt. # 55). Having considered the joint motion and all other filings and papers in this matter, and otherwise being fully advised and for good cause shown, the Court hereby ORDERED that the joint motion is GRANTED in its entirety:

The Clerk of Court is directed to renote plaintiffs' Motion for Class Certification (Dkt. # 42) for consideration on December 18, 2020. Defendant's response is due on or before December 4, 2020, and plaintiffs' reply is due on or before December 15, 2020.

Dated this 20th day of November, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER