UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL STEDMAN, *et al.*,

        Plaintiffs,

    v.

PROGRESSIVE DIRECT INSURANCE CO.,

        Defendant.

Cause No. C18-1254RSL

ORDER REGARDING SEAL

This matter comes before the Court on "Plaintiff's Motion to File Under Seal." Defendant has withdrawn its designation of Exhibit 28 as confidential for purposes of plaintiff's motion for class certification.

Having reviewed the submissions of the parties and the remainder of the record, the motion to seal Exhibits 4 and 5 to the class certification motion, plus the narrow redactions regarding those documents on pages 3-4 of the underlying motion, is GRANTED. Exhibit 28 and the redactions regarding that testimony shall be made publicly available. Plaintiff is directed to file a publicly accessible version of Exhibit 28 and a version of the motion for class certification that redacts only the information regarding Exhibits 4 and 5.

Dated this 2nd day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING SEAL - 1