## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, on behalf of himself and all others similarly situated; KAREN JOYCE, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-1254<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on Defendant's Stipulated Motion for Extension of Time for Defendant to File a Reply in Support of Its Motion for Summary Judgment. Having considered the Stipulated Motion and all other filings and papers in this matter, and otherwise being fully advised and for good cause shown, the Court hereby ORDERED that the Stipulated Motion for Extension of Time is GRANTED in its entirety. The Clerk of Court is directed to renote defendant's motion for summary judgment (Dkt. # 61) for consideration on April 2, 2021. The reply is due on or before that date.

Dated this 1st day of April, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge