THE HONORABLE ROBERT S. LASNIK
NOTED FOR: April 27, 2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, on behalf of himself and all others similarly situated; KAREN JOYCE, on behalf of herself and all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br><br>               Defendant. | Case No. 2:18-cv-1254 RSL<br><br>**STIPULATED MOTION TO STRIKE TRIAL DATE**<br><br><br>**NOTED FOR: April 27, 2021** |

## STIPULATED MOTION TO STRIKE TRIAL DATE

The Parties, by and through their respective counsel, move the Court to strike the currently-set trial date and case schedule until its ruling on Plaintiffs' Motion for Class Certification (Dkt. #42), filed on October 28, 2020. Under the current case schedule (Dkt. #40), this matter is currently set for trial on October 4, 2021, and the Parties are expected to file motions in limine and a proposed pretrial order in coming weeks.

With the question of certification unresolved, it will be difficult and costly for the Parties to prepare for trial while the scope of relevant issues and evidence is undetermined. By striking the trial date, the Court would prevent duplicative or unnecessary legal expenses for all Parties, and promote an efficient resolution of this action.

STIPULATED MOTION TO STRIKE
TRIAL DATE - 1
Case No. 2:18-cv-1254 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

Therefore, the Parties' respectfully request the Court strike the trial date of October 4, 2021, and its pre-trial case schedule. Dkt. #40. Following a ruling on Plaintiff's Motion for Class Certification, the Parties would request the Court re-issue a new case schedule and set the matter for trial.

Respectfully Submitted this 27th day of April, 2021.

**BADGLEY MULLINS TURNER PLLC**

*/s/ Mark Trivett*
Mark A. Trivett, WSBA No. 46375
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Tel: (206) 621-6566
E: mtrivett@badgleymullins.com
E: dturner@badgleymullins.com

Randall C. Johnson, WSBA No. 24556
Law Offices of Randall C. Johnson PLLC
P.O. Box 15881
Seattle, WA 98115
Tel: (206) 890-0616
E: Rcjj.law@gmail.com

Daniel R. Whitmore, WSBA No. 24012
Law Offices of Daniel R. Whitmore, PS
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Tel: (206) 329-8400
E: dan@whitmorelawfirm.com

*Attorneys for Plaintiffs Joel Stedman and Karen Joyce*

**BAKER & HOSTETLER LLP**

*/s/ Paul G. Karlsgodt*
Paul G. Karlsgodt, WSBA No. 40311
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E: pkarlsgodt@bakerlaw.com

James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
E: jmorrison@bakerlaw.com

*Attorneys for Defendant*

STIPULATED MOTION TO STRIKE
TRIAL DATE - 2
Case No. 2:18-cv-1254 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686