UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JOEL STEDMAN, on behalf of himself and all others similarly situated; KAREN JOYCE, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,

    Defendant.

Case No. 2:18-cv-1254 RSL

**ORDER GRANTING STIPULATED MOTION TO STRIKE TRIAL DATE**

## **ORDER**

THE COURT, having considered the Parties' Stipulated Motion to Strike the Trial Date, as well as the pleadings and materials on file, GRANTS the Motion.

The case schedule and currently-set trial date are STRICKEN, pending determination of Plaintiff's Motion on Class Certification and related briefing. Following issuance of its certification ruling, the Court will issue a new case schedule and trial date.

DATED this 28th day of April, 2021.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING
STIPULATED MOTION TO STRIKE
TRIAL DATE - 1
No. 2:18-cv-1254 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686