UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN and KAREN JOYCE, on behalf of themselves all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE CO.,<br><br>Defendant. | Case No. C18-1254RSL<br><br>ORDER DENYING MOTION TO SEAL |

This matter comes before the Court on "Plaintiffs' Motion to File Under Seal." Dkt. # 66. Plaintiffs seek to seal excerpts of testimony and an exhibit on the ground that defense counsel designated the documents as confidential during discovery.

"There is a strong presumption of public access to the court's files," and, absent a showing that the public's right of access is outweighed by the interests of the public and/or the parties in shielding the material from public view, a seal is not appropriate. LCR 5(g). A party's unilateral designation of a document as confidential under a protective order does not, in and of itself, justify a seal under LCR 5(g)(2). Defendant did not file a response to the motion as required by LCR 5(g)(3) or otherwise show the legitimate private or public interests that warrant a seal, the injury that would result from public disclosure, or that the public's right of access should give way.

ORDER DENYING MOTION
TO SEAL - 1

Because the parties have not made the showing necessary to preclude public access to the documents at issue, plaintiffs' request for a seal is DENIED. The Clerk of Court is directed to unseal Dkt. # 67.

Dated this 28th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO SEAL - 2