UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, On Behalf of Himself and all others similarly situated; KAREN JOYCE, On Behalf of Herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE CO., a foreign automobile insurance company,<br><br>Defendant. | Case No. 2:18-cv-01254<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Briefing Deadlines Related to Plaintiffs' Motion for Leave to Amend Complaint. Having considered the motion and being fully advised on the matter and for good cause shown:

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendant's deadline to file its Opposition to Plaintiffs' Motion for Leave to Amend Complaint is extended to March 18, 2022. Plaintiffs' deadline to file its Reply in support of its Motion for Leave to Amend Complaint is extended to March 25, 2022. The Clerk of Court is directed to renote the Motion on the Court's calendar for Friday, March 25, 2022.

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT - 1 -
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

Dated this 14th day of March, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
EXTEND BRIEFING DEADLINES RELATED TO
PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT - 2 -
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380