UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, et al., <br><br> Plaintiffs, <br> v. <br><br> PROGRESSIVE DIRECT INSURANCE CO., a foreign automobile insurance company, <br><br> Defendants. | No. 2:18-cv-1254 RSL <br><br> **ORDER GRANTING STIPULATED MOTION TO MODIFY CASE SCHEDULE** |

**ORDER.**

The Parties' Stipulated Motion to Modify Case Schedule and Set New Trial Date established that good cause exists to modify the present case schedule. Therefore, IT IS HEREBY ORDERED that the Clerk of the Court shall issue a new case schedule extending deadlines by one-hundred and eighty (180) days and set a new trial date, while also setting a deadline for completion of a settlement conference in December 2022, as set forth on the next page:

---

ORDER GRANTING STIPULATED MOTION TO MODIFY CASE SCHEDULE - 1
No. 2:18-cv-1254 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

| SCHEDULED EVENT | CURRENT CASE SCHEDULE DKT. #81 | PROPOSED NEW DATES |
|---|---|---|
| Trial Date | 3/6/2023 | 9/11/2023 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes | | |
| Discovery completed | 11/6/2022 | 5/5/2023 |
| Settlement conference by | 11/20/2022 | **12/21/2022** |
| Dispositive motions (filed by and noted on the motion calendar no later than the fourth Friday thereafter | 12/6/2022 | 6/4/2023 |
| MILs (filed and noted on the motion calendar no earlier than the second Friday thereafter.  Replies accepted) | 2/6/2023 | 8/4/2023 |
| Agreed Pretrial Order | 2/22/2023 | 8/21/2023 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | 3/1/2023 | 8/28/2023 |

Dated this 24th day of October, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
MODIFY CASE SCHEDULE - 2
No.  2:18-cv-1254 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686