THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, On Behalf of Himself and all others similarly situated; KAREN JOYCE, On Behalf of Herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE CO., a foreign automobile insurance company,<br><br>Defendant. | Case No. 2:18-cv-01254<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION TO SEAL<br><br>NOTING DATE: MAY 19, 2023<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Briefing Deadlines Related to Plaintiffs' Motion to Seal. Having considered the motion and being fully advised on the matter and for good cause shown:

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendant's deadline to file its Response to Plaintiff's Motion to Seal is extended to May 29, 2023, and the Noting Date is rescheduled to June 2, 2023.

SIGNED THIS 23rd day of May, 2023.

_____

ORDER GRANTING STIPULATED MOTION TO
EXTEND BRIEFING DEADLINES RELATED TO
PLAINTIFFS' MOTION TO SEAL - 1
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

Jamal N. Whitehead
United States District Judge

PRESENTED BY:

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Tel: (206) 332-1380
Fax: (206) 624-7317
E-mail: jmorrison@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E-mail: pkarlsgodt@bakerlaw.com

***Attorneys for Defendant***

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO PLAINTIFFS' MOTION TO SEAL - 2
CASE NO. 2:18-CV-01254

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380