UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, on behalf of himself and all others similarly situated; KAREN JOYCE, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br><br>                Defendant. | CASE NO. 2:18-cv-1254<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge. On May 24, 2023, Defendant requested a telephonic hearing on its motion to extend the deadline to file its response to Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 105). On May 26, 2023, the Court held a telephonic hearing on Defendant's Motion. The Court heard and considered argument from counsel. For the reasons stated on the record during the hearing, Defendant's motion is GRANTED, in part, and DENIED, in part. Accordingly, the Court sets the deadline for Defendant's response to Plaintiffs' Motion for Partial Summary Judgment as June 2, 2023, and the deadline for Plaintiffs' reply will be June 8, 2023.

Dated this 26th day of May.

- 1

Ravi Subramanian

Clerk

/s/ Serge Bodnarchuk

Deputy Clerk

MINUTE ORDER - 2