UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, on behalf of himself and all others similarly situated; KAREN JOYCE, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br>     Defendant. | CASE NO. 2:18-cv-1254<br><br><br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge. On May 26, 2023, the Court held a hearing on Defendants request for additional time in which to file its response to Plaintiffs' Motion for Partial Summary Judgment. The Court issued a Minute Order that same day setting the deadlines for Defendant's response as June 2, 2023, and the deadline for Plaintiffs' reply as June 8, 2023. *See* Dkt. No. 113. But the date stated in the Minute Order for Plaintiffs' reply was in error and inconsistent with the Court's oral ruling during the hearing. Accordingly, the Court corrects and resets the deadline for Plaintiffs' reply to June 15, 2023, which is consistent with the Court's prior oral ruling.

Dated this 30th day of May, 2023.

- 1

Ravi Subramanian

Clerk

*/s/ Serge Bodnarchuk*

Deputy Clerk

MINUTE ORDER - 2