UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN AND KAREN JOYCE,<br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br>Defendant. | CASE NO. 2:18-cv-1254<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge. On June 16, 2023, the Parties notified the Court that they had reached a settlement in principle, stating that they expected to present the Court with a "comprehensive agreement" for the Court's consideration within 60 days of their notice. Dkt. No. 118. The parties also requested that the Court strike Plaintiffs' pending motions for Partial Summary Judgment and to file under seal. Dkt. Nos. 105, 107.

Accordingly, the Court STRIKES Plaintiffs' pending motions and all associated briefing deadlines. To the extent the parties are unable to reach a conditional settlement within the time stated, the Court ORDERS that they submit a Joint Status Report with a proposed briefing schedule on Plaintiffs' motions and updated case schedule by no later than August 18, 2023.

MINUTE ORDER - 1

Dated this 13th day of July 2023.

<u>Ravi Subramanian</u>

Clerk

<u>/s/ Serge Bodnarchuk</u>

Deputy Clerk

MINUTE ORDER - 2