UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN, on behalf of himself and all others similarly situated; and KAREN JOYCE, on behalf of herself and all others similarly situated,<br>    Plaintiffs,<br><br> v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign automobile insurance company,<br>    Defendant. | CASE NO. 2:18-cv-1254<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On September 7, 2023, the Court struck the parties' Stipulated Motion for Preliminary Approval and the previously scheduled Fairness Hearing because the Court was not made aware the parties had complied with the notice obligations found at 28 U.S.C. § 1715(b) of the Class Action Fairness Act (CAFA). Dkt. No. 122. Later that day, Defendant informed the Court that it had complied with the CAFA notice requirements on August 25, 2023 (eight days after the Preliminary Approval Motion was filed). Dkt. No. 123.

MINUTE ORDER - 1

Accordingly, the Court REINSTATES the Stipulated Motion for Preliminary Approval. Dkt. No. 120. The Court also REINSTATES the previously stricken Fairness Hearing scheduled for January 17, 2024.

Dated this 11th day of September, 2023.

<u>Ravi Subramanian</u>
Clerk
<u>*/s/Serge Bodnarchuk*</u>
Deputy Clerk

MINUTE ORDER - 2