UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL STEDMAN AND KAREN JOYCE,<br><br>  Plaintiffs,<br><br>  v.<br><br>PROGRESSIVE INSURANCE COMPANY AND PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>  Defendants. | CASE NO. 2:18-cv-1254<br><br>ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

THIS MATTER came before the Court on Plaintiffs' unopposed Motion for Final Approval. The Court has considered all materials submitted in support of the proposed Settlement Agreement, including the preliminary and final approval motions, all documents and exhibits filed in support thereof, and record in the case[1].

Having considered these materials and the statements of counsel at the Final Approval Hearing on January 17, 2024, the Court, being fully advised, has determined that the proposed Settlement Agreement should be approved as fair,

---

[1] The definitions set forth in the parties' Settlement Agreement, and the Court's Order Granting Preliminary Approval of Proposed Class Action Settlement ("Preliminary Approval Order") are hereby incorporated herein as though fully set forth herein.

ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 1

adequate, and reasonable. To reach this determination, the Court FINDS the following:

1. The Court has jurisdiction over the subject matter of this action and all parties, including members of the Settlement Classes previously certified by the Court, which is comprised of:

> All insureds, as defined within Progressive's Automobile Policy, and all third-party beneficiaries of such coverage, under any Progressive insurance policy effective in the state of Washington between July 24, 2014 and the present, for whom Progressive limited benefits, terminated benefits, or denied coverage based, even in part, upon its determination that its insured or beneficiary had reached "maximum medical improvement" or a "fixed and stable" condition.

2. On or about November 13, 2023, the Settlement Administrator began distributing the Court-approved Notice and Claim Form to Settlement Class members, by direct U.S. Mail and e-mail. The Settlement Administrator also posted copies of the materials on a settlement website. The Court finds that the program of individual mailing Class Notices to Class Members by U.S. Mail and e-mail (where available) provided the best practicable notice under the circumstances.

3. The Notices provided detailed information regarding this Litigation, including the Class definition, the parties' respective claims and defenses, relief available to Settlement Class Members, and the procedures for appearing, objecting, or opting out prior to final approval.

4. The Settlement Administrator's declaration confirms that the Notice Program was timely completed in accordance with the terms of the Settlement Agreement and Preliminary-Approval Order. The Court finds and concludes that

ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 2

the notice program fully satisfied the requirements of Federal Rule of Civil Procedure 23(c)(2)(B), and the requirements of due process.

5. Zero (0) objections were received.

6. Zero (0) exclusion requests were received.

7. The Agreement was the result of arm's length negotiations between Class Counsel and counsel for the Defendants. Further, Class Counsel and the Class Representatives have adequately represented the interests of the Settlement Class.

8. The Agreement provides adequate relief to the Settlement Class. To reach this determination, the Court considered the likelihood of success in respect to the claims of the Settlement Class, and Defendants' available defenses. The Court has also considered the status and extent of the Parties' investigation, research, discovery, and negotiation. Finally, the Court considered the costs and risks associated with further litigation, and the potential delays presented by trial and subsequent appeals.

9. The Court has appointed Badgley Mullins Turner, PLLC, the Law Offices of Daniel R. Whitmore, and the Law Offices of Randall C. Johnson as Class Counsel.

10. The Court awards Class Counsel $700,000 in attorney's fees, and $10,688.55 in costs, to be paid from the gross settlement fund, as described in the Court's Order Granting Plaintiffs' Motion for Award of Attorneys' Fees.

11. Also as described in the Court's Order Granting Plaintiffs' Motion for Award of Attorneys' Fees, the Court awards $5,000 as an incentive award for each

ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 3

of the individual Plaintiffs/Class Representatives in recognition of their contribution to this litigation and advocacy on behalf of their fellow Class Members.

Good cause appearing therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** THAT:

12. The Settlement is fair, reasonable, and adequate.

13. The awards and manner of payment for attorneys' fees, costs, and incentive awards are fair, reasonable, and adequate.

14. The Parties are directed to proceed with the Settlement Payment procedures specified in the Settlement Agreement.

15. The Parties are also authorized without further approval from the Court, to mutually agree to and adopt such amendments, modifications and expansions of the Settlement Agreements and all exhibits thereto as are consistent in all material respects with this Final Approval Order, the Court's Order Granting Plaintiffs' Motion for Award of Attorneys' Fees, the Settlement Agreement, and that do not otherwise limit any substantive rights of the Settlement Class.

16. Without affecting the finality of this Order for purposes of appeal, the Court reserves jurisdiction over the Parties as to all matters relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement, the Final Approval Order, the Court's Order Granting Attorneys' Fees and Costs, and Incentive Awards, and for any other necessary purposes.

17. The Settlement Agreement is given full force and effect, and Class Representatives and individual Settlement Class Members' Released Claims, as articulated in the Settlement Agreement, are released and forever discharged.

ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT - 4

18. The Court approves the proposed class action settlement and orders the following: (a) Defendants are directed to fund the settlement, (b) the Settlement Administrator is authorized to distribute the Settlement Funds, and (c) the Settlement Administrator is directed to distribute the attorneys' fees and incentive awards as provided in the Settlement Agreement and the Order Granting Motion for Attorneys' Fees and Incentive Awards.

19. This action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED this 23rd day of January, 2024.

Jamal N. Whitehead
United States District Judge